UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICHAEL MILES, Individually,

             Plaintiff,

v

TRINIDAD RESORT AND CLUB LLC., a
Delaware Limited Liability Company,

             Defendant.

Case No. 1:13-CV-90

Hon. Robert Holmes Bell

**STIPULATION  AND ORDER OF
DISMISSAL**

---

**STIPULATION**

        Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs.  The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Respectfully submitted,

Dated:  December 18, 2013

*/s/ Owen B. Dunn, Jr.*

Owen B. Dunn, Jr. (P66315)
Law Office of Owen B. Dunn, Jr.
Attorneys for Plaintiff
4334 W. Central Avenue, Suite 222
Toledo, Ohio 43615
V:  (419) 241-9661  F:  (419) 241-9737
dunnlawoffice@sbcglobal.net

Dated:  December 18, 2013

*/s/ Sandra J. Densham*

Sandra J. Densham (P69397)
Plunkett Cooney
Attorneys for Defendant
333 Bridge Street NW Ste 530
Grand Rapids, MI  49504
V:  (616) 752-4600  F:  (616) 752-4607
sdensham@plunkettcooney.com

**ORDER**

Pursuant to the above Stipulation,

IT IS ORDERED that this matter is dismissed with prejudice and without costs.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.


Dated: ___December 30___, 2013          _/s/ Robert Holmes Bell_____
                                         Robert Holmes Bell
                                         United States District Judge